**DEREK SEAN WHEAT**
Post Office Box 114
Belvedere, CA 94920
Telephone: (510) 750-9281
Email:derekswheat@yahoo.com
Plaintiff in Propria Persona

Nancy E. Hudgins, SBN 85222
Matthew M. Grigg, SBN 195951
Carol B. Ho, SBN 286972
LAW OFFICES OF NANCY E. HUDGINS
711 Van Ness Ave., Ste. 450
San Francisco, CA 94102
415-979-0100; mmg@hudginslaw.com

Attorneys for Defendants Harold W. Orr, Jr., M.D.,
Magdalena Inocencio, R.N., and Anna Blyakherova, L.V.N.

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK WHEAT, | **Case No.: C 13-05950 EDL** |
| Plaintiff, | **STIPULATED MOTION RE SERVICE AND DEFAULT** |
| v. | |
| HAROLD W. ORR, et al. | |
| Defendants. | |

## I. Stipulation

As discussed during the March 24, 2014 case management conference, disputes exist regarding: (a) whether service was properly effectuated on Defendant Scott King and (b) the related entry of default. To avoid the potential burdens and expense of default-related motions, of (re-)serving Mr. King, and/or of effectuating service on Defendant Corizon Health, Inc., the parties hereto stipulate and request that:

1. the default the clerk entered as to Scott King on February 20, 2014 (Doc. 18) be set aside;

2. in exchange, per the authority granted to defense counsel, service of process will be deemed to have been personally effectuated on Corizon and Mr. King the same day Notice of Electronic Filing of the Court's order granting this stipulated request is given.

SO STIPULATED:

DATED: March 27, 2014     LAW OFFICES OF NANCY E. HUDGINS

*/s/ Matthew M. Grigg*
_____
Attorneys for Defendants
Harold Orr, Jr., M.D., Magdalena Inocencio, R.N., and Anna Blyakherova, L.V.N.

DATED: March 27, 2014     **DEREK SEAN WHEAT**

*/s/ Derek S. Wheat*
_____
Plaintiff in Propria Persona

## II. Order

Pursuant to the parties' stipulation:

1. the default entered as to Scott King on February 20, 2014 (Doc. 18) is set aside;
2. Defendants Corizon Health, Inc., and Scott King will be deemed personally served as of the date Notice of Electronic Filing of this order is given.

**IT IS SO ORDERED:**

Dated: March 27, 2014

_____
Hon. El___
Chie_   IT IS SO ORDERED
        *Elizabeth D. Laporte*
        Judge Elizabeth D. Laporte

*Wheat v. Orr, et al.*                                                Case No. 13-05950 EDL
Stipulation                                                          Wheat/p/Stip Re Service 14c26
2