In the United States District Court
for the Northern District of California
Chief Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: June 10, 2014

Case No:  **C-13-05950  (EDL)**

Case Name:  **DEREK WHEAT v. HAROLD ORR, et al.**

    Attorneys:    Deft: Matthew M. Grigg

    Deputy Clerk: Stephen Ybarra        Reporter: FTR 10:05 - 10:13
                                                                   (Time: 8 mins.)

**PROCEEDINGS:**

Hearing re Defendant Scott King's Motion to Dismiss

Further Case Management Conference

**PRETRIAL SCHEDULE:**

Fact Discovery Cutoff: March 2, 2015
Dispositive Motion Filing Deadline: March 24, 2015
Last Day to Hear Dispositive Motions: April 28, 2015
Initial Expert Disclosures: May 12, 2015
Rebuttal Expert Disclosures: May 26, 2015
Expert Discovery Cutoff: June 9, 2015
Last Day to Add New Parties or Amend Pleadings: June 23, 2014
Pretrial Conference: July 21, 2015, at 2:00 PM
Trial: August 17, 2015, at 8:30 AM, set for 4 days

**Notes:** Derek Wheat appeared pro se. Court to issue an order regarding its ruling on the motion.  The parties shall engage in a settlement conference in May 2015 or as soon thereafter as possible.