Daniel A. Grout (168282)
Grout Law Firm
3701 Balfour Avenue
Oakland, CA 94610
Tel:   510-387-7240
Fax:   510-444-4223

Attorney Plaintiff
DEREK WHEAT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK WHEAT,<br><br>  Plaintiff,<br><br>  v.<br><br>HAROLD ORR, ANNA BIYAKHEROUA aka ANNA BIYAKHEROUA SALAZAR, MAGDALENA INOCENCIO, SCOTT KING, CORIZON HEALTH, INC. and DOES 1-50, inclusive,<br><br>  Defendants. | Case No.: 3:13-cv-05950-EDL<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE** |

TO THE CLERK AND ALL COUNSEL OF RECORD:

All parties in this action have reached a confidential settlement of all claims.

Plaintiff requests that this action be dismissed in its entirety with prejudice.

                                                            GROUT LAW FIRM


DATED: April 23, 2015                  /s/ Daniel A. Grout_____
                                                           Daniel A. Grout
                                                           Attorney for Plaintiff DEREK WHEAT


I Consent to this dismissal.


DATED April 23, 2015                    __/s/Derek Wheat_____
                                                           Derek Wheat
                                                           Plaintiff

1

NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE